LAW OFFICES OF ROBYN FASS WANG
Robyn Fass Wang (SBN 194006)
Pilar R. Stillwater (SBN 260467)
1442A Walnut Street #229
Berkeley, California 94709
Telephone: 510.637.9349
robynfasswang@gmail.com
pilarstillwater@gmail.com

Attorneys for Plaintiff
JACOB PAYNE


Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
Mark T. Laluan, SBN 339479
Deputy County Counsel
2222 M Street
Merced, CA 95340
Tel: (209) 385-7564
Fax: (209) 726-1337
Jenna.Anderson@countyofmerced.com
Mark.Laluan@countyofmerced.com

Attorney for Defendants County of Merced,
Merced County Public Defender's Office, Merced
County Board of Supervisors and Vincent Andrade

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MERCED DIVISION

| | |
|---|---|
| JACOB PAYNE, | Case No. 1:22-cv-00157-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF MERCED, a public entity. | **CMC Date: May 11, 2022, 8:30 a.m.** |
| Defendant. | **Courtroom: Zoom Conference** |

**STIPULATION OF THE PARTIES AND ORDER**

It is hereby stipulated, by and between Plaintiff JACOB PAYNE and Defendant COUNTY OF MERCED, pursuant to Rule 15(a)(2), and the Local Rules of this Court, including Local Rules 137 and 143, as follows:

WHEREAS on February 4, 2022, Plaintiff filed a Complaint, Dkt. No. 1, alleging civil rights violations under 42 U.S.C. § 1983, *et seq.*;

WHEREAS on February 15, 2022, the then-named Defendants filed a motion to dismiss, Dkt. No. 10, asserting, among other things, that certain of the named Defendants were improperly named in the Complaint;

WHEREAS in conjunction with their motion to dismiss the then-named Defendants requested judicial notice of a contract between Defendant County of Merced. See Dkt. Nos. 11, 12, & 12-1, Merced County Contract No. 2003093 (the "Contract");

WHEREAS the parties requested additional time to engage in limited initial discovery to allow Plaintiff additional time to review relevant materials produced by Defendant prior to Plaintiff's amendment of the Complaint, which the Court granted on March 31, 2022. Dkt. No. 15 (setting April 28, 2022, as the deadline to amend Complaint);

WHEREAS the deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) is currently April 20, 2022, and the initial Case Management Conference is currently set for May 11, 2022;

WHEREAS the parties agree that it would be in the interest of judicial economy and efficiency to move the parties' meet and confer deadline pursuant to Federal Rule of Civil Procedure 26(f) to take place after Plaintiff has amended its Complaint in order to provide the parties and the Court with more information prior to the initial Case Management Conference;

WHEREAS the parties have previously requested one extension of time (Dkt. No. 14);

Therefore, Plaintiff and Defendant, by and through their respective counsel of record, GOOD CAUSE HAVING BEEN SHOWN, hereby stipulate and agree as follows:

1. The parties jointly respectfully request the Court continue the initial Case Management Conference, currently scheduled for Wednesday, May 11, 2022, at 8:30 a.m., by three weeks, to Wednesday, June 1, 2022, at 8:30 a.m., or as soon thereafter as is convenient for the Court. The parties also respectfully request that all related deadlines, including the parties' deadline to meet and confer pursuant to Rule 26(f), will likewise be continued.

Respectfully submitted,

DATED: April 20, 2022  LAW OFFICE OF ROBYN FASS WANG

By:  /s/ Pilar R. Stillwater

Pilar R. Stillwater
Attorney for Plaintiff
JACOB PAYNE

Dated: April 20, 2022  Forrest W. Hansen
Merced County Counsel

By: /s/ Mark T. Laluan (as authorized on 4/20/2022)
Mark T. Laluan
Deputy County Counsel
Attorneys for Defendants County of Merced, Merced County Public Defender's Office, a department of the County of Merced, Merced County Board of Supervisors and Vincent Andrade

## ORDER

Based on the parties' stipulation, and for good cause shown, the Court GRANTS the parties' stipulation, as follows:

1. The initial Case Management Conference currently scheduled for Wednesday, May 11, 2022, at 8:30 a.m., is continued by three weeks, to **Wednesday, June 1, 2022, at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. All related deadlines, including the parties' deadline to meet and confer pursuant to Rule 26(f), are also continued by three weeks. The parties shall file a joint scheduling report one week prior to the conference.

IT IS SO ORDERED.

Dated: __April 21, 2022__         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE