UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB PAYNE,<br><br>             Plaintiff,<br><br>      v.<br><br>MERCED COUNTY PUBLIC DEFENDER'S OFFICER, et al.,<br><br>             Defendants. | Case No.  1:22-cv-00157-DAD-BAM<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 23) |

Pursuant to the parties' stipulation, and good cause appearing, the time for Defendant County of Merced to respond to the first amended complaint is GRANTED.  (Doc. 23.) Defendant County of Merced shall file a response to the first amended complaint on or before May 19, 2022.

IT IS SO ORDERED.

Dated:   **May 16, 2022**                         /s/ *Barbara A. McAuliffe*            _
                                                                    UNITED STATES MAGISTRATE JUDGE

1