UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB PAYNE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MERCED, et al.,<br><br>    Defendants. | Case No.  1:22-cv-00157-DAD-BAM<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 36) |

On June 2, 2022, Plaintiff Jacob Payne and Defendants Thomas Pfeiff and Cindy Morse and Defendant County of Merced filed a stipulation to extend the time for Defendants Pfeiff and Morse to respond to the First Amended Complaint.  (Doc. 36.)

Having considered the stipulation, and good cause appearing, the stipulation extending the time for Defendants Pfeiff and Morse to respond to the First Amended Complaint is GRANTED. Defendants Pfeiff and Morse shall file a response to the First Amended Complaint on or before July 11, 2022.

IT IS SO ORDERED.

Dated:  **June 6, 2022**           /s/ Barbara A. McAuliffe          _
                                                   UNITED STATES MAGISTRATE JUDGE

1