Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
  mjeffcoach@wtjlaw.com
Devon R. McTeer, #230539
  dmcteer@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:   (559) 753-2560

Attorneys for THOMAS PFEIFF AND CINDY MORSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JACOB PAYNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, a public entity, THOMAS PFEIFF, an individual, CINDY MORSE, an individual, KATHLEEN CROOKHAM, an individual, DEIDRE F. KELSEY, an individual, JOHN PEDROZO, an individual, and HUBERT WALSH JR., an individual, and DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 1:22-CV-00157-DAD-BAM<br><br>**~~PROPOSED~~ ORDER CONTINUING DATE TO FILE RESPONSIVE PLEADING**<br>(Doc. 41) |

Currently before the Court is a stipulation to extend the time for Defendants, Thomas Pfeiff ("Pfeiff") and Cindy Morse ("Morse") to respond to the First Amended Complaint to allow the parties the opportunity to complete their meet and confer efforts. (Doc. 41.)

Based upon the parties' agreement that resolution of the Motion to Dismiss would resolve the issues raised by Pfeiff and Morse in the meet and confer process and in an effort to avoid unnecessary law and motion practice.

IT IS HEREBY ORDERED that:

1. Pfeiff's and Morse's response to the First Amended Complaint will not be due until after the Court rules on the County of Merced Defendants' Motion to Dismiss. If the Motion is granted and leave is granted, and an amended complaint is filed, Defendants Pfeieff and Morse shall file a responsive pleading within the time allotted by the Federal Rules of Civil Procedure and the Rules of this Court.

2. If, on the other hand, the currently pending Motion is denied, Defendants Pfeiff and Morse shall file a responsive pleading within the time allotted by the Federal Rules of Civil Procedure and the Rules of this Court.

3. In either event, Defendants Pfeiff and Morse agree that any motion to dismiss will not challenge the First Amended Complaint or any second amended complaint on the same legal and factual bases already raised by the County of Merced Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: __July 13, 2022__                     /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE