Whitney, Thompson & Jeffcoach LLP
Mandy L. Jeffcoach, #232313
  mjeffcoach@wtjlaw.com
Devon R. McTeer, #230539
  dmcteer@wtjlaw.com
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:     (559) 753-2550
Facsimile:     (559) 753-2560

Attorneys for THOMAS PFEIFF AND CINDY MORSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JACOB PAYNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, a public entity, THOMAS PFEIFF, an individual, CINDY MORSE, an individual, KATHLEEN CROOKHAM, an individual, DEIDRE F. KELSEY, an individual, JOHN PEDROZO, an individual, and HUBERT WALSH JR., an individual, and DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 1:22-CV-00157-BAM<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDAND MORSE AND PFEIFF'S MOTION TO DISMISS; AND TO CONTINUE THE HEARING ON DEFENDANT MORSE AND PFEIFF'S MOTION TO DISMISS; AND [PROPOSED] ORDER**<br><br>Date:　　May 23, 2023<br>Time:　　9:30 a.m.<br>Crtrm.:　 8 |

   Plaintiff Jacob Payne and Defendants County of Merced, Kathleen Crookham, Deidre F. Kelsey, John Pedrozo, and Hubert Walsh Jr., (the "County Defendants") and Defendants Thomas Pfeiff and Cindy Morse (the "Morse and Pfeiff Defendants") (collectively, "Defendants"), by and through their respective attorneys, hereby stipulate and respectfully request that the Court **(1)** Continue the Motion to Dismiss filed by Defendants Thomas Pfeiff and Cindy Morse (Doc 59), currently set for June 9, 2023, to June 16, 2023, or the same date on which the Court hears the County Defendants' Motion to Dismiss (Doc 61); **(2)** extend the date on which Plaintiff may

1  respond to the Morse and Pfeiff Defendants' Motion to Dismiss by eight days, so that both of
2  Plaintiff's oppositions will be due on the same day, May 26, 2023; and **(3)** continue the Initial
3  Scheduling Conference presently scheduled for May 23, 2023, at 9:30 a.m., due to the pending
4  Motions to Dismiss filed by Defendants.

5      Good cause exists to continue the hearing on the Morse and Pfeiff Defendants' Motion to
6  Dismiss (Doc 59) to June 16, 2023, to coincide with the same scheduled hearing set forth in the
7  pending Motion to Dismiss filed by County Defendants.  Good cause similarly exists to allow
8  Plaintiff eight additional days to file his Opposition to the Morse and Pfeiff Defendants' Motion,
9  so that the briefing schedule coincides with that of the County Defendants' motion.

10     Good cause also exists to continue the Scheduling Conference in this action giving the
11 pending Motions to Dismiss filed by the Morse and Pfeiff Defendants (Doc 59) and County
12 Defendants' Motion to Dismiss (Doc 61).  The Court's ruling on these Motions will have a direct
13 and substantial effect on how the matter is adjudicated. Conducting a Joint Scheduling Conference
14 before a ruling on both Motions would unnecessarily consume the Court's time and resources in
15 rescheduling prematurely set dates.

16     Accordingly, the parties respectfully request and hereby stipulate to a continuance of the
17 hearing on the Morse and Pfeiff's Motion to Dismiss to June 16, 2023; extend Plaintiff's date to
18 respond to the Morse and Pfeiff's Motion to Dismiss (Doc 59) to May 26, 2023; and continue the
19 Joint Scheduling Conference to a date after the rulings on Defendants' Motions to Dismiss.

20 Dated:  May 16, 2023                                LAW OFFICE OF ROBYN FASS WANG

By:     */s/ Pilar R. Stillwater*
            Robyn Rass Wang
            Pilar R. Stillwater
       Attorneys for JACOB PAYNE

Dated: May 16, 2023                                           MERCED COUNTY COUNSEL


By: ___*/s/ Mark T. Laluan*___
Forrest W. Hansen
Jenna M. Anderson
Mark T. Laluan
Attorneys for COUNTY OF MERCED, KATHLEEN CROOKHAM, DEIDRE F. KELSEY, JOHN PEDROZO, and HUBERT WALSH JR.

Dated: May 16, 2023                                           WHITNEY, THOMPSON & JEFFCOACH LLP


By: ___*/s/ Mandy L. Jeffcoach*___
Mandy L. Jeffcoach
Devon R. McTeer
Attorneys for THOMAS PFEIFF and CINDY MORSE

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The hearing on Defendants Morse and Pfeiff's Motion to Dismiss (Doc. 59) is continued to June 16, 2023, to coincide with the hearing on the Motion to Dismiss (Doc. 60) filed by Defendants County of Merced, Kathleen Crookham, Deidre F. Kelsey, John Pedrozo, and Hubert Walsh Jr. ("County Defendants");

2. The time for Plaintiff to respond to Defendants Morse and Pfeiff's Motion to Dismiss is extended to May 26, 2023, to coincide with the briefing schedule set for the County Defendants; and

3. In light of the pending motions, the Scheduling Conference currently set for May 23, 2023, is continued to **August 23, 2023**, **at 9:30 a.m., in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Status Conference Statement at least one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **May 20, 2023**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE