UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB PAYNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCED COUNTY PUBLIC DEFENDER'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00157-BAM<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** (Doc. 91) |

On March 7, 2024, the Court granted the request of Defendant Cindy Morse to be substituted as her own counsel of record in place of attorney Mandy L. Jeffcoach.  (Doc. 89.)

On May 7, 2024, Defendant Morse filed a substitution of counsel and proposed order to substitute Mandy L. Jeffcoach of Whitney, Thompson & Jeffcoach LLP as counsel of record in her place.  (Doc. 91.)  The request for substitution of Mandy L. Jeffcoach as counsel of record for Defendant Cindy Morse is GRANTED.

IT IS SO ORDERED.

　　Dated:   **May 8, 2024**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1