UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB PAYNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCED COUNTY PUBLIC DEFENDER'S OFFICE, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00157-BAM<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** (Docs. 40, 92) |

On March 7, 2024, the Court granted the request of Defendant Thomas Pfeiff to be substituted as his own counsel of record in place of attorney Mandy L. Jeffcoach.  (Doc. 90.)

On May 7, 2024, Defendant Pfeiff filed a substitution of counsel and proposed order to substitute Mandy L. Jeffcoach of Whitney, Thompson & Jeffcoach LLP as counsel of record in his place.  (Doc. 92.)  The request for substitution of Mandy L. Jeffcoach as counsel of record for Defendant Thomas Pfeiff is GRANTED.[1]

IT IS SO ORDERED.

　　Dated:   **May 8, 2024**　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Due to a ministerial error, Defendant Pfeiff's July 11, 2022 request for substitution of Mandy L. Jeffcoach in place of counsel Kimberly G. Flores was not addressed on the docket. (Doc. 40.)  To remediate the error, the July 11, 2022 request for substitution is granted nunc pro tunc, terminating attorney Kimberly G. Flores as counsel of record for Defendant Pfeiff.

1