LIVE OAK LAW OFFICE LLP
Robyn Fass Wang (SBN 194006)
Pilar R. Stillwater (SBN 260467)
1442A Walnut Street #229
Berkeley, California 94709
Telephone:  510.637.9349
robynfasswang@liveoaklawoffice.com
pilarstillwater@liveoaklawoffice.com

Attorneys for Plaintiff
JACOB PAYNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MERCED DIVISION

| | |
|---|---|
| JACOB PAYNE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MERCED, a public entity, THOMAS PFEIFF, an individual, CINDY MORSE, an individual, KATHLEEN CROOKHAM, an individual, DEIDRE F. KELSEY, an individual, JOHN PEDROZO, an individual, and HUBERT WALSH JR., an individual, and DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 1:22-cv-00157-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MID-DISCOVERY STATUS CONFERENCE** |

**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER
EXTENDING TIME FOR MID-DISCOVERY STATUS CONFERENCE**

It is hereby stipulated, by and between Plaintiff and all Defendants, as follows:

WHEREAS on February 29, 2024, the Court entered a Scheduling Order in this matter;

WHEREAS on March 7, 2024, the Court set a Mid-Discovery Status Conference for August 21, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe and set the deadline for parties to file a joint status report regarding the status of discovery no later than August 14, 2024;

WHEREAS to date, the parties have engaged in the following discovery:

- Plaintiff has taken the depositions of Defendants Thomas Pfeiff and Cindy Morse;

- Defendants have subpoenaed third-party Department of State Hospitals and Department of State Hospitals—Coalinga;

- The County Defendants and Plaintiff have exchanged requests for production of documents and both parties have made substantial document productions;

- The parties are in the process of scheduling additional individual depositions and cooperatively collecting additional material from third parties;

WHEREAS the parties are in the process of meeting and conferring on certain discovery matters and request additional time prior to the Mid-Discovery Status Conference to further engage in the meet and confer process;

WHEREAS the parties agree that it would be in the interest of judicial economy and efficiency to move the Mid-Discovery Status Conference to in order to provide the parties more time to engage in the further engage in the meet and confer process; and

///

///

///

Therefore, Plaintiff and Defendant, by and through their respective counsel of record, GOOD CAUSE HAVING BEEN SHOWN, hereby stipulate and agree as follows:

1. The parties jointly respectfully request the Court continue the initial Mid-Discovery Status Conference, currently scheduled for Wednesday, August 21, 2024, at 9:00 a.m., by four weeks, to Wednesday, September 18, 2024, at 9:00 a.m., or as soon thereafter as is convenient for the Court. The parties also respectfully request that all related deadlines, including the parties' deadline to file an updated joint status report, will likewise be continued.

Respectfully submitted,

DATED: August 14, 2024       LIVE OAK LAW OFFICE LLP

By: */s/ Pilar R. Stillwater*
Pilar R. Stillwater
Attorney for Plaintiff
JACOB PAYNE

DATED: August 14, 2024       BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Ilana Kohn*
Ilana Kohn
Attorney for Defendants
COUNTY OF MERCED, KATHLEEN CROOKHAM, DEIDRE F. KELSEY, JOHN PEDROZO, and HUBERT WALSH JR.

DATED: August 14, 2024       WHITNEY, THOMPSON & JEFFCOACH LLP

By: */s/ Mandy Jeffcoach*
Mandy Jeffcoach
Attorney for Defendants
THOMAS PFEIFF AND CINDY MORSE.

**ORDER**

For good cause shown, the Court GRANTS the parties' stipulation, as follows:

1. The video conference for the initial Mid-Discovery Status Conference, currently scheduled for Wednesday, August 21, 2024, at 9:00 a.m., is continued to **Tuesday, September 17, 2024, at 8:30 a.m**. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.

2. The parties shall file a joint status report by **Tuesday, September 10, 2024.**

IT IS SO ORDERED.

Dated:   **August 15, 2024**              /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE