LIVE OAK LAW OFFICE LLP
Robyn Fass Wang (SBN 194006)
Pilar R. Stillwater (SBN 260467)
1442A Walnut Street #229
Berkeley, California 94709
Telephone:  510.637.9349
robynfasswang@liveoaklawoffice.com
pilarstillwater@liveoaklawoffice.com

Attorneys for Plaintiff
JACOB PAYNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MERCED DIVISION

| | |
|---|---|
| JACOB PAYNE, | Case No. 1:22-cv-00157-BAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CANCELLING MID-DISCOVERY STATUS CONFERENCE** |
| v. | |
| COUNTY OF MERCED, a public entity, THOMAS PFEIFF, an individual, CINDY MORSE, an individual, KATHLEEN CROOKHAM, an individual, DEIDRE F. KELSEY, an individual, JOHN PEDROZO, an individual, and HUBERT WALSH JR., an individual, and DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE, | **ORDER SETTING STATUS CONFERENCE** |
| Defendants. | |

**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER
CANCELLING MID-DISCOVERY STATUS CONFERENCE**

It is hereby stipulated, by and between Plaintiff and all Defendants, as follows:

WHEREAS on February 29, 2024, the Court entered a Scheduling Order in this matter;

WHEREAS on March 7, 2024, the Court set a Mid-Discovery Status Conference for August 21, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe and set the deadline for parties to file a joint status report regarding the status of discovery no later than August 14, 2024;

WHEREAS on August 8, 2024, the parties sought and the Court Granted an extension of the Mid-Discovery Status Conference to September 17, 2024;

WHEREAS to date, the parties have engaged in the following discovery:

- Plaintiff has taken the depositions of Defendants Thomas Pfeiff and Cindy Morse and has scheduled the deposition of Defendant County of Merced's employee, Angelo Lamas for September 20, 2024;

- Defendants have subpoenaed third-party Department of State Hospitals and Department of State Hospitals—Coalinga.  To date some, but not all of the requested documents have been produced, and the remaining are expected to be produced promptly;

- The County Defendants and Plaintiff have exchanged requests for production of documents and both parties have made substantial document productions;

- Plaintiff has supplemented his initial disclosures

- The parties continue to schedule additional individual depositions and are cooperatively collecting additional material from third parties;

- The parties are informed that William Davis, a key witness, may not be available for deposition for six months due to criminal trials he has scheduled. Additionally,

another of Plaintiff's former attorneys is still in the process of providing the complete defense file. Therefore, due to the timing of the receipt of documents from third parties, including Mr. Douglas Foster and Coalinga State Hospital and the availability of witnesses, particularly Mr. Davis, the parties may need to seek an extension for fact discovery and expert deadlines; and

WHEREAS the parties do not currently have any outstanding discovery disputes, although they may arise in the ongoing process of discovery; and

WHEREAS the parties agree that it would be in the interest of judicial economy and efficiency to cancel or continue the Mid-Discovery Status Conference unless the Court deems one necessary as the parties are currently cooperating effectively; and

Therefore, Plaintiff and Defendant, by and through their respective counsel of record, GOOD CAUSE HAVING BEEN SHOWN, hereby stipulate and agree as follows:

1. The parties jointly respectfully request the Court cancel the Mid-Discovery Status Conference, currently scheduled for Tuesday, September 17, 2024, at 9:00 a.m., unless deemed necessary by the Court.

Respectfully submitted,

DATED: September 10, 2024    LIVE OAK LAW OFFICE LLP

By: */s/ Pilar R. Stillwater*
Pilar R. Stillwater
Attorney for Plaintiff
JACOB PAYNE

1 | DATED: September 10, 2024 | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Ilana Kohn*
Ilana Kohn
Attorney for Defendants
COUNTY OF MERCED, KATHLEEN CROOKHAM, DEIDRE F. KELSEY, JOHN PEDROZO, and HUBERT WALSH JR.

11 | DATED: September 10, 2024 | WHITNEY, THOMPSON & JEFFCOACH LLP

By: */s/ Mandy Jeffcoach*
Mandy Jeffcoach
Attorney for Defendants
THOMAS PFEIFF AND CINDY MORSE

**ORDER**

For good cause shown, the Court GRANTS the parties' stipulation, as follows:

1. The Mid-Discovery Status Conference, currently scheduled for Tuesday, September 17, 2024, at 9:00 a.m., is vacated.

2. The Court sets a Status Conference for **January 22, 2025, at 9:00 AM in Courtroom 8 (BAM) before the undersigned**. The parties shall file a Joint Status Report at least one full week prior to the conference. The Joint Status Report should inform the Court regarding the status of discovery. The report also should indicate if the status conference is necessary and should proceed as scheduled. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **September 11, 2024**                    /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE