Forrest W. Hansen, State Bar No. 235432
Merced County Counsel
Jenna M. Anderson, State Bar No. 291467
Chief Deputy County Counsel
Mark T. Laluan, State Bar No. 339479
Deputy County Counsel
2222 M Street
Merced, California 95340
Telephone: (209) 385-7564
Facsimile: (209) 726-1337
Email:    jenna.anderson@countyofmerced.com
          mark.laluan@countyofmerced.com

Michael C. Wenzel, State Bar No. 215388
Ilana Kohn, State Bar No. 203389
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:    mwenzel@bfesf.com
          ikohn@bfesf.com

Attorneys for Defendants
COUNTY OF MERCED, KATHLEEN CROOKHAM,
DEIDRE F. KELSEY, JOHN PEDROZO,
and HUBERT WALSH, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB PAYNE<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, a public entity; THOMAS PFEIFF, an individual; CINDY MORSE, an individual; KATHLEEN CROOKHAM, an individual; DEIDRE F. KELSEY, an individual; JOHN PEDROZO, an individual; and HUBERT WALSH JR., an individual; and DOE DEFENDANTS 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:22-CV-00157-BAM<br><br>**STIPULATION OF FACTS AND [PROPOSED] ORDER**<br><br><br><br><br><br><br><br><br><br>**Hon. Barbara A. McAuliffe** |

0

IT IS HEREBY STIPULATED by and between Plaintiff JACOB PAYNE and Defendants COUNTY OF MERCED, KATHLEEN CROOKHAM, DEIDRE F. KELSEY, JOHN PEDROZO, HUBERT WALSH, THOMAS PFEIFF, and CINDY MORSE, by and through their designated counsel, that the following Facts are undisputed:

1. The documents produced to Defendants Bates Numbered PAYNE000126 through PAYNE000136, which were written by Plaintiff Jacob Payne and which appear to be photocopies, were obtained by Plaintiff's counsel from Nyla Payne's living relatives.

2. The documents produced to Defendants Bates Numbered PAYNE000126 through PAYNE000136 were not in the files of William Davis or Douglas Foster provided to counsel.

3. There is no evidence that documents produced to Defendants by Plaintiff Bates Numbered PAYNE000126 through PAYNE000136 were ever received by Mr. Davis, either as photocopies or the original documents.

4. The original of Exhibit 1, a copy of which is attached to this Stipulation, is a handwritten note which appears to be written by Nyla Payne, now deceased. Neither party will object to the admissibility of Exhibit 1 on the grounds that it is not genuine, lacks authenticity or lacks foundation.  The parties reserve their right to object to admissibility on any other grounds.

5. The original of Exhibit 2, a copy of which is attached to this Stipulation, is a handwritten note which appears to be written by Nyla Payne, now deceased. Neither party will object to the admissibility of Exhibit 2 on the grounds that it is not genuine, lacks authenticity or lacks foundation. The parties reserve their right to object to admissibility on any other grounds.

**IT IS SO STIPULATED.**

Dated:  March 18, 2025                                      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Ilana Kohn*
     Michael C. Wenzel
     Ilana Kohn
     Attorneys for Defendant
     COUNTY OF MERCED, KATHLEEN CROOKHAM, DEIDRE F. KELSEY, JOHN PEDROZO, and HUBERT WALSH, JR.

1

STIPULATION OF FACTS AND [PROPOSED ORDER]
*Payne v. County of Merced, et al.,* U.S.D.C. Eastern District of California Case No. 1:22-CV-00157-BAM

1  Dated: March 18, 2025				LIVE OAK LAW OFFICE LLP

				By:	*/s/ Pilar Stillwater*
					Pilar Stillwater
					Attorneys for Plaintiff
					JACOB PAYNE

Dated: March 18, 2025				WHITNEY THOMPSON & JEFFCOACH

				By:	*/s/ Devon McTeer*
					Devon McTeer
					Attorney for Defendants
					THOMAS PFEIFF AND CINDY MORSE

2

STIPULATION OF FACTS AND [~~PROPOSED~~ ORDER]
*Payne v. County of Merced, et al.,* U.S.D.C. Eastern District of California Case No. 1:22-CV-00157-BAM

**ORDER**

Pursuant to the parties' stipulation, the above facts will be regarded as undisputed. Additionally, pursuant to the parties' stipulation, the parties will not object to the admissibility of the referenced Exhibit 1 (Doc. 109 at 4-5) or Exhibit 2 (*Id.* at 6-8) on the grounds that that they are not genuine, lack authenticity or lack foundation, though they reserve their right to object to admissibility of these exhibits on other grounds.

IT IS SO ORDERED.

Dated:   **March 24, 2025**            /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

3

STIPULATION OF FACTS AND [PROPOSED ORDER]
*Payne v. County of Merced, et al.,* U.S.D.C. Eastern District of California Case No. 1:22-CV-00157-BAM