LIVE OAK LAW OFFICE LLP
Robyn Fass Wang (SBN 194006)
Pilar R. Stillwater (SBN 260467)
1442A Walnut Street #229
Berkeley, California 94709
Telephone: 510.637.9349
rfasswang@liveoaklawoffice.com
pstillwater@liveoaklawoffice.com

Attorneys for Plaintiff
JACOB PAYNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MERCED DIVISION

| | |
|---|---|
| JACOB PAYNE,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MERCED, a public entity, THOMAS PFEIFF, an individual, CINDY MORSE, an individual, KATHLEEN CROOKHAM, an individual, DEIDRE F. KELSEY, an individual, JOHN PEDROZO, an individual, and HUBERT WALSH JR., an individual, and DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. 1:22-cv-00157-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BY ONE WEEK THE DEADLINE FOR PLAINTIFF'S PSYCHOLOGY EXPERT REBUTTAL REPORT** |

**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE EXPERT PSYCHOLOGY REBUTTAL REPORT**

It is hereby stipulated, by and between Plaintiff and all Defendants, as follows:

WHEREAS on January 23, 2025, the Court entered a Status Conference Order, (Dkt. No. 108), modifying the Scheduling Order in this matter;

WHEREAS the Court set May 19, 2025, as the deadline for supplemental expert disclosure, and June 23, 2025, as the cutoff for expert discovery;

WHEREAS on April 28, 2025, the parties exchanged opening expert reports; WHEREAS on May 8, 2025, Plaintiff requested the raw data from County Defendants' psychological expert underling the tests he conducted on Plaintiff, and an audio recording of his interview of Plaintiff;

WHEREAS on May 14, 2025, Defendants provided the audio recordings of their expert's psychological interview of Plaintiff to Plaintiff's counsel, and on May 16, 2025, Defendants' psychology expert, Dr. Good, provided the raw data underlying psychological tests he conducted on Plaintiff to Plaintiff's rebuttal expert;

WHEREAS Plaintiff has requested that Plaintiff's rebuttal psychology expert, Dr. Willey, may have one additional week, to Tuesday, May 27, 2025, by 5:00 p.m., to finalize his supplemental expert report in order to evaluate the raw data and audio recording received from Defendant's expert;

WHEREAS Plaintiff believes that extending the supplemental expert disclosure deadline by one week is in the interest of efficiency because Dr. Willey will be able to submit one report addressing all potential opinions prior to his deposition; and

WHEREAS Dr. Willey's deposition will be scheduled within the expert discovery period in order to avoid changing the expert discovery cutoff date;

WHEREAS Defendants do not oppose the one-week extension for Plaintiff to submit the rebuttal expert report of his psychological expert, Dr. Willey, but reserve the right to challenge

Dr. Willey's rebuttal report on all other available grounds, and will not challenge the timeliness of the report as a result of the requested extension.

Therefore, Plaintiff and Defendant, by and through their respective counsel of record, GOOD CAUSE HAVING BEEN SHOWN, hereby stipulate and agree as follows:

1. The parties jointly respectfully request the Court extend the deadline for Plaintiff's rebuttal psychology expert, Dr. Willey, by one week to Tuesday, May 27, 2025. Plaintiff's rebuttal report of Dr. Willey will be served by 5:00 p.m. on May 27, 2025.

Respectfully submitted,

DATED: May 16, 2025         LIVE OAK LAW OFFICE LLP


By: /s/ Pilar R. Stillwater
Pilar R. Stillwater
Attorney for Plaintiff
JACOB PAYNE

DATED: May 16, 2025         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By: /s/ Ilana Kohn
Ilana Kohn
Attorney for Defendants
COUNTY OF MERCED, KATHLEEN CROOKHAM, DEIDRE F. KELSEY, JOHN PEDROZO, and HUBERT WALSH JR.

DATED: May 16, 2025         WHITNEY, THOMPSON & JEFFCOACH LLP


By: /s/ Devon McTeer
Devon McTeer
Attorney for Defendants
THOMAS PFEIFF AND CINDY MORSE

**ORDER**

For good cause shown, the Court GRANTS the parties' stipulation, as follows:

1. The deadline for Plaintiff's psychology expert, Dr. Willey, is extended by one week to Tuesday, May 27, 2025, to be served on Defendants by 5:00 p.m.

IT IS SO ORDERED.

Dated: __May 20, 2025__                    /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE