LIVE OAK LAW OFFICE LLP
Robyn Fass Wang (SBN 194006)
Pilar R. Stillwater (SBN 260467)
1442A Walnut Street #229
Berkeley, California 94709
Telephone: 510.637.9349
rfasswang@liveoaklawoffice.com
pstillwater@liveoaklawoffice.com

Attorneys for Plaintiff
JACOB PAYNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MERCED DIVISION

| | |
|---|---|
| JACOB PAYNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF MERCED, a public entity, THOMAS PFEIFF, an individual, CINDY MORSE, an individual, KATHLEEN CROOKHAM, an individual, DEIDRE F. KELSEY, an individual, JOHN PEDROZO, an individual, and HUBERT WALSH JR., an individual, and DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00157-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TO FILE RESPONSE TO MORSE & PFEIFF'S MOTION FOR SUMMARY JUDGMENT BY THREE DAYS** |

**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO MORSE & PFEIFF'S MOTION FOR SUMMARY JUDGMENT BY THREE DAYS**

It is hereby stipulated, by and between Plaintiff and individual Defendants Thomas Pfeiff and Cindy Morse as follows:

WHEREAS on January 23, 2025, the Court entered a Status Conference Order, (Dkt. No. 108), modifying the Scheduling Order in this matter;

WHEREAS the Court set July 28, 2025, as the deadline for pretrial motions;

WHEREAS on Friday, July 25, 2025, the individual defendants Thomas Pfeiff and Cindy Morse filed a motion for summary adjudication ("Morse & Pfeiff MSJ") (Dkt. No. 115), making Plaintiff's response to the Pfeiff and Morse motion due on Friday, August 8, 2025, and Morse & Pfeiff's reply due on Monday, August 18;

WHEREAS on Monday, July 28, 2025, the County of Merced filed a motion for summary adjudication ("County MSJ") (Dkt. No. 119), making Plaintiff's response to the County's motion due on Monday, August 11, 2025, and the County's reply due on Thursday, August 21, 2025;

WHEREAS there is some overlap in the arguments of the two motions, as well as significant overlap of relevant facts;

WHEREAS the parties agree that it is more efficient for the parties and the Court if the Plaintiff responds simultaneously to the two MSJs; and

WHEREAS this stipulation will not affect any other dates in the schedule set by the Court.

Therefore, Plaintiff and Defendant, by and through their respective counsel of record, GOOD CAUSE HAVING BEEN SHOWN, hereby stipulate and agree as follows:

1. The parties jointly respectfully request the Court extend the deadline for Plaintiff's response to the Morse & Pfeiff MSJ to Monday, August 11, 2025; and

2. Morse & Pfeiff's reply to Plaintiff's response to the Morse & Pfeiff MSJ shall be due on Thursday, August 21, 2025.

                                        Respectfully submitted,

DATED: August 6, 2025        LIVE OAK LAW OFFICE LLP

By: */s/ Pilar R. Stillwater*
Pilar R. Stillwater
Attorney for Plaintiff
JACOB PAYNE

DATED: August 6, 2025        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Ilana Kohn*
Ilana Kohn
Attorney for Defendants
COUNTY OF MERCED, KATHLEEN CROOKHAM, DEIDRE F. KELSEY, JOHN PEDROZO, and HUBERT WALSH JR.

DATED: August 6, 2025        WHITNEY, THOMPSON & JEFFCOACH LLP

By: */s/ Devon McTeer*
Devon McTeer
Attorney for Defendants
THOMAS PFEIFF AND CINDY MORSE

**ORDER**

For good cause shown, the Court GRANTS the parties' stipulation, as follows:

1. The deadline for Plaintiff's response to the Morse & Pfeiff MSJ is extended to Monday, August 11, 2025; and

2. The deadline for Morse & Pfeiff's reply to Plaintiff's response shall be due on Thursday, August 21, 2025.

IT IS SO ORDERED.

Dated:   **August 7, 2025**           /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE